UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| RENEA L. BARNES, | Civil No. 23-939 (JRT/DLM) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MICHAEL SEGAL, Warden, | |
| Respondent. | |

---

Renea L. Barnes, Reg. No. 55509-048, FCI Waseca, P.O. Box 1731, Waseca, MN 56093, *pro se* petitioner.

Ana H Voss, Adam Hoskins, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for resepondent.

The Report and Recommendation (R&R) of United States Magistrate Judge Douglas L. Micko was filed January 16, 2024. (ECF No. 17.) No objections to the R&R have been filed.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation signed January 16, 2024, (ECF No. 17), is **ADOPTED**;

2. Petitioner Renea L. Barnes's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is **DENIED** for lack of subject-matter jurisdiction;

1

3. Ms. Barnes's Motion for Addendum to Case (ECF No. 15) is **DENIED AS MOOT**;

4. Ms. Barnes's Addendum Requesting Expedited Relief (ECF No. 16) is **DENIED AS MOOT**; and

5. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 5, 2024        s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
                               United States District Judge